SIMON KING ET AL., RELATORS, v. LOUIS M. FAVIER,
BUILDING INSPECTOR OF THE TOWNSHIP OF LYND-
HURST, RESPONDENT.

Submitted March 20, 1924—Decided May 10, 1924.

**Ordinances—Zoning—Ignaciunas v. Risley, Followed.**

On application for *mandamus.*

Before Justices TRENCHARD, PARKER and CAMPBELL.

For the relators, *Augusta E. Maley.*

For the respondent, *Luther Shafer.*

PER CURIAM.

This is a rule to show cause why a *mandamus* should not
be awarded.

Relators are the owners of property No. 200 Valley Brook
avenue, in the township of Lyndhurst, and at the time of
the purchase thereof there was located thereon a frame dwell-
ing-house. Subsequent to such purchase it was in part con-
verted into use as a grocery and candy store. On November
1st, 1923, relators applied to respondent for a permit to alter
said building so as to make it more suitable for a grocery
and candy store, and such permit was refused solely upon
the ground that such use of the building would be in viola-
tion of the zoning ordinance of the township of Lyndhurst.

Respondent, amongst other things, urges that, as the zon-
ing ordinance was not introduced in evidence, there is
nothing before this court to show its scope and purpose, and
therefore the application must be denied.

Not so. The sole ground for refusing the permit as ad-
vanced by respondent, is that the building converted into a
store, or partly for store and dwelling purposes, would be in
violation of such ordinance, and giving to such ordinance

the widest scope and purpose, the case is, nevertheless, controlled by the rules and principles laid down by *Ignaciunas v. Risley,* 1 *N. J. Adv. R.* 1023, and, under the authority thereof, an alternative writ of *mandamus* should issue.